| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:01-cr-00049-JES-2 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:21-cr-00030-01-CR-W-BCW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alexander Diaz | Middle District of Florida | Fort Myers |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John E. Steele | |
| | DATES OF SUPERVISED RELEASE: | FROM 01/28/2021 — TO 01/27/2026 |

OFFENSE

CONSPIRACY TO DISTRIBUTE NARCOTICS 21:846=ND.F
VIOLENT CRIME/DRUGS/MACHINE GUN 18:924C.F
UNLAWFUL TRANSPORT OF FIREARMS - ETC. 18:922G.F
ARMED CAREER CRIMINAL 18:924E.F

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 12, 2021 — *Date*      /s/ John E. Steele — *John E. Steele, Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western  DISTRICT OF Missouri

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 26, 2021 — *Effective Date*      */s/ Brian C. Wimes* — *United States District Judge*